UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL EUGENE SHAW,<br>      Plaintiff,<br>   v.<br>FIVE M, LLC, et al.,<br>      Defendants. | Case No.  16-cv-03955-BLF<br><br>**JUDGMENT** |

Having granted Plaintiff Cecil Eugene Shaw's Motion for Default Judgment against Defendants Five M, LLC and Varunya Suriyachaiporn d/b/a Orchid Thai Cuisine, it is HEREBY ORDERED that:

1. Default Judgment be entered against Defendants and for Plaintiff.

2. Judgment be entered against Defendants and for Plaintiff in the amount of $8,625, which includes statutory damages in the amount of $4,000 and attorneys' fees and costs of $4,625.

The Clerk is instructed to enter judgment in accordance with the above and close the file.

**IT IS SO ORDERED.**

Dated: February 27, 2017

_____
BETH LABSON FREEMAN
United States District Judge