| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*<br>Recording requested by and return to:<br>CENTER FOR DISABILITY ACCESS<br>MARK D. POTTER, ESQ., SBN 166317<br>9845 ERMA ROAD, SUITE 300<br>SAN DIEGO, CA 92131<br>(858) 375-7385<br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | **FOR RECORDER'S USE ONLY** |

NAME OF COURT: United States District Court of California
STREET ADDRESS: 280 S 1st
MAILING ADDRESS: 280 S 1st
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District

PLAINTIFF: CECIL EUGENE SHAW,
DEFENDANT: FIVE M, LLC, et al.,

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: 5:16-cv-03955-BLF

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Five M, LLC
      1125 N Milpitas Blvd., Milpitas, CA 95035
      ```
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Rita I Minnis
      1125 N Milpitas Blvd., Milpitas, CA 95035

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Cecil Eugene Shaw, C/O Mark D. Potter, Esq.
   9845 Erma Rd., Ste 300, San Diego, CA 92131
Date: 4/4/17
Dennis Price, Esq.
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)
DocuSigned by: C1A77C4F14A8468...

6. Total amount of judgment as entered or last renewed: $ 8,625.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 2/27/2017
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):* 4/12/2017

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Susan Y. Soong
    Clerk, by _Betty Walton_, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: CECIL EUGENE SHAW, | CASE NUMBER: |
|---|---|
| DEFENDANT: FIVE M, LLC, et al., | 5:16-cv-03955-BLF |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Varunya Suriyachaiporn d/b/a Orchid Thai Cuisine, 209 S Main St., Milpitas, CA 95035-5314

Driver's license no. [last 4 digits] and state: ☑ Unknown

Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to *(address):*

209 S Main St., Milpitas, CA 95035-5314

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

## PROOF OF SERVICE

### SHAW V. FIVE M, LLC
### 5:16-CV-03955-BLF

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On April 5, 2017 I served the following document(s):

**Abstract of Judgment.**

Addressed to:

| Five M, LLC<br>1125 N Milpitas Blvd.,<br>Milpitas Ca, 95035 | Benjamin D. Harris<br>Law Office of Benjamin D. Harris<br>11121 Queensland St., Ste D30<br>Los Angeles, CA 90034-5214 |
|---|---|

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Northern District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on April 5, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Leonardo Pahuriray

PROOF OF SERVICE