CENTER FOR DISABILITY ACCESS
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cecil Eugene Shaw,** | Case: 5:16-cv-03955-BLF |
| Plaintiff, | |
| v. | **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |
| **Five M, LLC, et al.,** | |
| Defendants. | |

    Judgment Creditor, Cecil Eugene Shaw, hereby acknowledges full Satisfaction of the Judgment entered on 2/27/2017 against Five M, LLC (last known address 1125 N Milpitas Blvd., Milpitas, CA 95035) and Varunya Suriyachaiporn d/b/a Orchid Thai Cuisine (last known address 209 S Main St., Milpitas, CA 95035-5314)

    An Abstract of Judgment has been recorded in Santa Clara County on 6/8/17 with instrument number 23669750.

    Full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated: September 17, 2018 | CENTER FOR DISABILITY ACCESS<br><br>By: /s/ Dennis Price<br>Dennis Price<br>Attorney for Plaintiff |

Acknowledgment of Satisfaction of Judgment